Fox Rothschild LLP
ATTORNEYS AT LAW

BNY Mellon Center
500 Grant Street
Suite 2500
Pittsburgh, PA 15219
Tel (412) 391-1334 Fax (412) 391-6984
www.foxrothschild.com

JOHN C. HANSBERRY
Direct No: 412.394.5539
Email: JHansberry@FoxRothschild.com

November 10, 2020

*VIA ECF*

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U. S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re: *Car-Freshner Corporation, et al. v. Dick's Sporting Goods, Inc., et al.*
Civil Action No. 5:20-cv-00526

Dear Magistrate Judge Lovric:

Since the Parties filed their last status reports (Dkt Nos. 21 and 22), the Parties held a 90 minute meet and confer on October 30, 2020. On November 6, 2020, DICK's responded to each of the 23 (twenty- three) specific items discussed during the meet and confer and made a supplemental production of documents. The supplemental production included additional information regarding the design, sale, and marketing of the disputed products. While there were some points on which the parties have not reached a final conclusion, Plaintiffs had not reached back out to Defendants to discuss any discovery issue as of the time of this filing.

Defendants reviewed Plaintiffs' status report (Dkt No. 24) and briefly respond as follows: the parties have significantly narrowed the list of Plaintiffs' complaints. Of the eleven complaints presented by Plaintiffs today, it appears to Defendants that few, if any of the complaints, might ultimately require a decision if the Parties are unable to resolve among themselves. Defendants reserve the right to respond to the Court more fully if the Court deems Dkt. No. 24 to be a motion to compel, rather than a status report.

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Minnesota
Nevada New Jersey New York North Carolina Pennsylvania South Carolina Texas Washington

116136732.v2



Fox Rothschild LLP
ATTORNEYS AT LAW

Hon. Miroslav Lovric
November 10, 2020
Page 2

Respectfully submitted,,

FOX ROTHSCHILD LLP

*/s/John C. Hansberry*
John C. Hansberry

JCH/ebk

2

116136732.v2