

BNY Mellon Center
500 Grant Street
Suite 2500
Pittsburgh, PA 15219
Tel (412) 391-1334  Fax (412) 391-6984
www.foxrothschild.com

JOHN C. HANSBERRY
Direct No: 412.394.5539
Email: JHansberry@FoxRothschild.com

April 29, 2021

*VIA ECF*

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U. S. Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    *Car-Freshner Corporation, et al. v. Dick's Sporting Goods, Inc., et al.*
               Civil Action No. 5:20-cv-00526

Dear Magistrate Judge Lovric:

      Defendant, DICK's Sporting Goods, Inc. ("DICK's") writes briefly in response to Plaintiffs' letter filed today regarding an extension.

      DICK's consents to a one-week extension. However, the search term issue was resolved before the status conference, as Plaintiffs reported to the Court during the April 16 status conference. There is nothing to compel with respect to Rule 30(b)(6) Topics 2-4 because DICK's identified and offered a witness on those topics, also before the last status conference. DICK's statement regarding the search for the design file was circulated on April 28, in accordance with the time frame the parties agreed to during the meet and confer. DICK's agrees that some additional time is needed for the parties to review and resolve the issue.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington



Hon. Miroslav Lovric
April 29, 2021
Page 2

                                Respectfully submitted,

                                FOX ROTHSCHILD LLP

                                */s/John C. Hansberry*
                                John C. Hansberry

JCH/ebk